```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-0392-GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| KEOOUDONE PHAOUTHOUM, and | ) | |
| JUAN MADRIGAL RIZO, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | Hon. Garland E. Burrell |

The parties request that the status conference currently set for April 2, 2010, be continued to July 16, 2010, and stipulate that the time beginning April 2, 2010, and extending through July 16, 2010, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

The parties need additional time for preparation.

1

1  Therefore, the parties have agreed and respectfully request that
2  the Court set the date of July 16, 2010, for the status
3  conference.
4      The parties stipulate and agree that the interests of
5  justice served by granting this continuance outweigh the best
6  interests of the public and the defendants in a speedy trial.
7  18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: March 31, 2010         By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney

Dated: March 31, 2010         By:/s/ Joseph Wiseman
                                    JOSEPH WISEMAN
                                    Attorney for defendant
                                    KEOOUDONE PHAOUTHOUM

Dated: March 31, 2010         By:/s/ Gilbert A. Roque
                                    GILBERT A. ROQUE
                                    Attorney for defendant
                                    JUAN MADRIGAL RIZO

**ORDER**

    For the reasons stated above, the status conference for defendants, Keoudone Phaouthoum and Juan Madrigal, in case number CR. S-08-0392-GEB, currently set for April 2, 2010, is continued to July 16, 2010; and the time beginning April 2, 2010, and extending through July 16, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 31, 2010

GARLAND E. BURRELL, JR.
United States District Judge