**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:    530.759.0700
    Facsimile:    530.759.0800
**Attorney for Defendant**

KEOUDONE PHAOUTHOUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 08-389, 08-390, 08-391, 08-392 GEB |
| Plaintiff, | |
| vs. | |
| | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| KEOUDONE PHAOUTHOUM; et al., | |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, KEOUDONE PHAOUTHOUM, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for December 17, 2010, at 9:00 a.m., be rescheduled to January 28, 2011, at 9:00 a.m.

The parties are entering into this Stipulation to provide additional time for

/ / / / /
/ / / / /

/ / / / /

counsel to travel to Butte County to meet with defendant and review the new PSR with counsel and interpreter.

Dated:   December 7, 2010          Respectfully submitted,

                                   JOSEPH J. WISEMAN, P.C.

                                   By:   /s/  Joseph J. Wiseman
                                         JOSEPH J. WISEMAN
                                         Attorney for Defendant
                                         KEOUDONE PHAOUTHOUM

Dated: December 7, 2010            BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:   /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH, AUSA
                                         Attorney for Plaintiff
                                         UNITED STATES OF AMERICA

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to January 28, 2011 at 9:00 a.m.

**Date: 12/10/2010**

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   **United States District Judge**

---

Stipulation and Proposed Order to Continue Sentencing        Case No. CR S CRS 08-389 GEB