**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
 **1477 Drew Avenue, Suite 106**
 **Davis, California 95618**
 **Telephone: 530.759.0700**
 **Facsimile: 530.759.0800**
**Attorney for Defendant**

KEOUDONE PHAOUTHOUM

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>KEOUDONE PHAOUTHOUM; et al.,<br><br>    Defendants.<br>_____ | Case No. CR S 08-389, 08-390, 08-391,<br><br>08-392 GEB<br><br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE<br>SENTENCING** |

   It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, KEOUDONE PHAOUTHOUM, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for March 11, 2011, at 9:00 a.m., be rescheduled to April 15, 2011, at 9:00 a.m.

   The parties are entering into this Stipulation to provide additional time for

/ / / / /

/ / / / /

/ / / / /

_____

Stipulation and Proposed Order to Continue Sentencing    Case No. CR S CRS 08-389-392 GEB

counsel to coordinate a mutually convenient time to meet with the Laotian interpreter and the  defendant to review the revised PSR.


Dated:  February 17, 2011                    Respectfully submitted,

                                             JOSEPH J. WISEMAN, P.C.


                                             By:   /s/  Joseph J. Wiseman
                                                   JOSEPH J. WISEMAN
                                                   Attorney for Defendant
                                                   KEOUDONE PHAOUTHOUM

Dated: February 17, 2011                     BENJAMIN B. WAGNER
                                             United States Attorney

                                             By:   /s/ Michael M. Beckwith
                                                   MICHAEL M. BECKWITH, AUSA
                                                   Attorney for Plaintiff
                                                   UNITED STATES OF AMERICA

                         **ORDER**

        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to April 15, 2011 at 9:00 a.m.

**Date:  2/24/2011**

                                             _____
                                             GARLAND E. BURRELL, JR.
                                             United States District Judge

---

Stipulation and Proposed Order to Continue Sentencing                    Case No. CR S CRS 08-389 GEB